**Eugene SHELTON, Petitioner–
Appellant,**

v.

**UNITED STATES PAROLE COMMIS-
SION; John/Jane Doe; Warden Doe,
Edgefield Correctional Institution,
Respondents–Appellees.**

No. 03–6136.

United States Court of Appeals,
Fourth Circuit.

Submitted March 20, 2003.

Decided March 31, 2003.

Eugene Shelton, Appellant Pro Se. Barbara Murcier Bowens, Office of the United States Attorney, Columbia, South Carolina, for Appellees.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Eugene Shelton, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Shelton v. United States Parole Comm'n,* No. CA–02–910–0–19BD (D.S.C. Dec. 17, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*